# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

| | | |
|---|---|---|
| LISA R. MURPHY<br>ADC # 760343 | | PLAINTIFF |
| v. | CASE NO. 1:19-CV-00077 BSM-JTK | |
| DEXTER PAYNE | | DEFENDANT |

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 6] is adopted. Murphy's petition for writ of habeas corpus [Doc. No. 2] is denied and dismissed with prejudice, and a certificate of appealability is denied.

IT IS SO ORDERED this 6th day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE