**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

**LISA R. MURPHY**                                                                                    **PLAINTIFF**
**ADC # 760343**

**v.**                                   **CASE NO. 1:19-CV-00077 BSM-JTK**

**DEXTER PAYNE**                                                                                 **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, Murphy's petition for writ of habeas corpus

[Doc. No. 2] is dismissed with prejudice.

IT IS SO ORDERED this 6th day of January, 2020.


_____
UNITED STATES DISTRICT JUDGE